IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01191-BNB

LARRY D. WILLS,

    Applicant,

v.

RON WILEY, Warden, Federal Prison Camp - Florence,

    Respondent.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 0 9 2009

GREGORY C. LANGHAM
CLERK

## ORDER OF DISMISSAL

Applicant, Larry D. Wills, is in the custody of the United States Bureau of Prisons and currently is incarcerated at the Federal Prison Camp in Florence, Colorado. He initiated this action by submitting *pro se* an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241.

In an order filed on May 26, 2009, Magistrate Boyd N. Boland ordered Mr. Wills to cure a deficiency in this case within thirty days. Specifically, Mr. Wills was directed within thirty days either to pay the $5.00 filing fee in a habeas corpus action or to submit a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action.

Mr. Wills has failed within the time allowed to cure the designated deficiency as directed, i.e., he has failed to pay the $5.00 habeas corpus filing fee, submit a 28 U.S.C. § 1915 motion and affidavit, or otherwise to communicate with the Court in any way. The May 26, 2009, order warned Mr. Wills that if he failed to cure the designated

deficiency within the time allowed, the application and the action would be dismissed without further notice. Accordingly, it is

ORDERED that the habeas corpus application is denied and the action is dismissed without prejudice for failure to cure and for failure to prosecute. It is

FURTHER ORDERED that the notice of motion filed on May 26, 2009, is denied as moot.

DATED at Denver, Colorado, this 8 day of July, 2009.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-01191-BNB

Larry D. Wills
Reg No. 18846-045
Federal Prison Camp
P.O. Box 5000
Florence, CO 81226

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 7/9/09

GREGORY C. LANGHAM, CLERK

By: _____
      Deputy Clerk